HORACE STEEVENS *versus* DANIEL THURSTON. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Leave given to file bill, rule for subpoena *p. 114; (2) rule to plead, answer, or demur *p. 124.
PAPERS IN FILE: [None]
*Chancery Case* . . . . of . . . .